CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 29 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JONATHAN THOMAS BRADLEY, ) | |
| Petitioner, ) | Civil Case No. 7:19cv00696 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| K. STOLLE, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

Jonathan Thomas Bradley, proceeding pro se, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. However, Bradley alleges no cognizable ground upon which he believes he is entitled to habeas relief; indeed, he simply states, "N/A" as to each ground for relief on the form. Pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings, the court must dismiss a petition "if it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief . . . ." Because Bradley alleges no cognizable habeas claim, I conclude that it plainly appears that he is not entitled to habeas relief. Accordingly, I will dismiss this action without prejudice to Bradley's opportunity to refile his petition and allege grounds for relief. I note, however, that Bradley states that he is challenging a conviction from the State of New Jersey[1] and, in light of the substantial advantages in resolving federal habeas actions in the federal district court that is nearest to the court where the underlying state conviction arose, see Braden v. 30th Judicial Cir. Ct. of Ky., 410 U.S. 484, 497-99 (1973), if he chooses to refile a § 2254 petition, he should file it in the United States District Court for the District of New Jersey.[2]

ENTERED this 29th day of October, 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] I also note that he is currently housed at the Virginia Beach City Jail. It is unclear from his petition why he is being housed there.

[2] The address for that court is: United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608.